# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main:  305-949-7777
Fax:    305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

September 20, 2019

**VIA CM/ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square – Courtroom 618
New York, New York 10007

        **Re:**    **Velasquez v. 1 West 3Rd St. Restaurant Associates LLC, et al.**
               **Case 1:19-cv-03301-KPF**

Dear Judge Failla:

      The undersigned, counsel for the Plaintiff, is pleased to report that the referenced civil action has been settled and that a settlement agreement is in the process of being drafted and reviewed by the parties and their counsel.  Upon payment of the settlement amount, which will be due after full execution of the settlement agreement, the action will be dismissed by Stipulation of Dismissal with Prejudice to be executed and filed with respect to all Defendants. Kindly issue an Order of Dismissal with Prejudice, including the right of either party to restore this case within 30 days of such Order in the event the settlement agreement is not completed and executed within that time period.

      Kindly cancel the upcoming hearing scheduled for September 27, 2019, in this matter.

      Thank you for your cooperation.

                          Yours very truly,

                          THE WEITZ LAW FIRM, P.A.

            By:  _____
                         Robert J. Mirel, Esq.

cc:  Counsel of Record, via ECF